LOUIS E. GARFINKEL, ESQ.
Nevada Bar No. 3416
LEVINE GARFINKEL & ECKERSLEY
8880 W. Sunset Road, Suite 290
Las Vegas, Nevada 89148
(702) 735-0451
(702) 735-2198  (Fax)
Attorneys for Defendant One Nevada Federal Credit
Union f/k/a Nevada Federal Credit Union

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC., NEVADA FEDERAL CREDIT UNION, OCWEN LOAN SERVICING, LLC, VISA / ESNB, and EQUIFAX INFORMATION SERVICES, LLC.<br><br>Defendants. | Case No.:  2:15-CV-00345-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT ONE NEVADA CREDIT UNION F/K/A NEVADA FEDERAL CREDIT UNION ONLY** |

IT IS STIPULATED by and between the Plaintiff Jeanine H. Harrison ("Harrison") and Defendant One Nevada Credit Union f/k/a Nevada Federal Credit Union ("One Nevada"), through undersigned counsel, that Plaintiff Harrison's claims against Defendant One Nevada are dismissed with prejudice, each

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\


1  party to bear their own attorneys' fees and costs.

2  DATED this 7th day of June, 2015          DATED this 5th day of Ju, 2015

3  KAZEROUNI LAW GROUP, APC              LEVINE GARFINKEL & ECKERSLEY

4  By: _____            By: _____
   Danny J. Horen, Esq.                        Louis E. Garfinkel, Esq.
5  7854 W. Sahara Avenue                       8880 W. Sunset, Suite 290
   Las Vegas, NV 89117                         Las Vegas, Nevada 89148
6                                              Attorneys for One Nevada Credit Union f/k/a
   and                                         Nevada Federal Credit Union
7
   David H. Krieger, Esq.
8  Haines & Krieger, LLC
   8985 S. Eastern Avenue, Suite 130
9  Las Vegas, NV 89123
   Attorneys for Plaintiff Jeanine H. Harrison
10
                                              IT IS SO ORDERED.
11
                                              _____
12                                            UNITED STATES DISTRICT COURT JUDGE
                                              DATED: June 8, 2015
13

14 Respectfully submitted:

15 LEVINE, GARFINKEL & ECKERSLEY

16 By: _____
      Louis E. Garfinkel, Esq.
17    Nevada Bar No. 3416
      8880 W. Sunset Road, Suite 290
18    Las Vegas, Nevada 89148
      Attorneys for One Nevada Credit Union
19    f/k/a Nevada Federal Credit Union

- 2 -