# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE H. HARRISON, | Case No. 2:15-cv-00345-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| MACY'S CORPORATE SERVICES, INC., et al., | |
| Defendant(s). | |

Pending before the Court is the parties' stipulation to extend the discovery deadline. Docket No. 19. That stipulation was filed on September 29, 2015, and the deadline for which the extension is sought expires on October 14, 2015. *See id.* As the scheduling order itself makes clear, "all motions or stipulations to extend a deadline set forth in [the] discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline." Docket No. 17 at 4 (citing Local Rule 26-4).

When parties fail to timely request an extension of the deadlines subject to their request, they must establish excusable neglect for the extension sought. *See, e.g.*, Local Rule 26-4. The pending stipulation was filed less than twenty-one days before expiration of the discovery deadline, and the parties failed to establish – or even address – either good cause or excusable neglect for that shortcoming. *See* Local Rule 26-4.

1 | Accordingly, the stipulation is hereby **DENIED** without prejudice.

2 |     IT IS SO ORDERED.

3 |     DATED: September 30, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2