**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MACY'S CORPORATE SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-00345-APG-NJK<br><br>**ORDER** |

　　　In light of the notices of settlement as between plaintiff Jeanine Harrison and defendant Ocwen Loan Servicing, LLC (Dkt. #22) and as between plaintiff Jeanine Harrison and defendant Equifax Information Services LLC (Dkt. #20),

　　　IT IS ORDERED that all pending dates, deadlines, and filing requirements as to defendants Ocwen Loan Servicing, LLC and Equifax Information Services LLC are vacated.

　　　IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss as to defendants Ocwen Loan Servicing, LLC and Equifax Information Services LLC on or before January 15, 2016.

　　　DATED this 17th day of December, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE