UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S CORPORATE SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 2:15-cv-00345-APG-NJK<br><br>**ORDER** |

    In light of the parties' status report regarding the settlement between plaintiff Jeanine Harrison and defendant Ocwen Loan Servicing, LLC (Dkt. #25),

    IT IS ORDERED that the parties shall file a stipulation to dismiss as to defendant Ocwen Loan Servicing, LLC on or before February 15, 2016.

    DATED this 20th day of January, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE