UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MACY'S CORPORATE SERVICES, INC., *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-00345-APG-NJK<br><br>**ORDER** |

　　In light of the parties' second status report regarding the settlement between plaintiff Jeanine Harrison and defendant Ocwen Loan Servicing, LLC (Dkt. #28),

　　IT IS ORDERED that the parties shall file a stipulation to dismiss as to defendant Ocwen Loan Servicing, LLC on or before March 15, 2016.

　　DATED this 7th day of March, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE