Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Jeanine H. Harrison*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>       Plaintiff,<br><br>v.<br><br>MACY'S CORPORATE SERVICES, INC., NEVADA FEDERAL CREDIT UNION, OCWEN LOAN SERVICING LLC, VISA/DSNB AND EQUIFAX INFORMATION SERVICES LLC,<br><br>       Defendants. | Case No.: 2:15-cv-00345-APG-NJK<br><br>**STIPULATION OF DISMISSAL**<br><br><br>**ORDER** |

KAZEROUNI LAW GROUP, APC
NEVADA, CALIFORNIA

#### STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jeanine H. Harrison and Defendant Ocwen Loan Servicing, LLC ("Ocwen") stipulate to dismiss with prejudice Ocwen from this case. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of March 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**WRIGHT FINLAY & ZAK, LLP**

By: /s/  Inku Nam
Inku Nam, Esq.
7785 W. Sahara Ave.
Suite 200
Las Vegas, NV 89117
*Attorneys for Ocwen Loan Servicing, LLC*

### ORDER

**IT IS SO ORDERED.**

Dated: March 16, 2016.

_____
UNITED STATES DISTRICT JUDGE